UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
THE PINKFONG COMPANY, INC.,                                 :
                                        Plaintiff,          :
                                                            :         23 Civ. 3793 (LGS)
              -against-                                     :
                                                            :              **ORDER**
ADS-SS, et al.,                                             :
                                        Defendants.         :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an order dated June 12, 2023, required the parties to file a proposed joint letter and case management plan no later than seven days before the initial pretrial conference;

WHEREAS, the initial pretrial conference is scheduled for July 26, 2023;

WHEREAS, Defendants were served on May 23, 2023;

WHEREAS, Defendants were required to respond to the Complaint by June 13, 2023;

WHEREAS, only one Defendant has appeared in this case and none have timely responded to the Complaint;

WHEREAS, the parties failed to file the joint letter or proposed case management plan. It is hereby

**ORDERED** that, if Plaintiff is in communication with Defendants, the parties shall file the joint letter and proposed case management plan as soon as possible and no later than **July 26, 2023**, and shall explain why they have not complied with the Court's deadlines. If Defendants refuse to cooperate in the preparation of these documents, Plaintiff shall prepare and file them. If Plaintiff is not in communication with Defendants, no later than **July 26, 2023**, Plaintiff shall file a status letter (1) requesting further adjournment of the initial conference for up to 30 days and (2) proposing a date prior to the conference to present an Order to Show Cause for default judgment as to Defendants and related papers as provided in the Court's Individual Rules. It is

further

   **ORDERED** that the initial pretrial conference scheduled for July 26, 2023, is adjourned to **August 2, 2023, at 4:00 P.M.**

Dated: July 20, 2023
    New York, New York

                       **LORNA G. SCHOFIELD**
                       **UNITED STATES DISTRICT JUDGE**