UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE PINKFONG COMPANY, INC., <br><br>                         Plaintiff, <br><br> -against- <br><br> ADS-SS et al., <br><br>                         Defendants. | 23-cv-03793 (AS) <br><br> ORDER |

ARUN SUBRAMANIAN, United States District Judge:

This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-arun-subramanian. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.

Additionally, **by August 25, 2023**, Plaintiff is hereby ORDERED to file on ECF a letter addressing (1) whether Plaintiff has settled or otherwise terminated its claims against any remaining Defendants, other than Defendant MYRISAM, (2) whether there have been communications with any remaining Defendants, other than Defendant MYRISAM, and (3) whether Plaintiff intends to move for default judgment or otherwise dismiss its claims against any remaining Defendants, other than Defendant MYRISAM.  The letter shall not exceed two (2) pages.

SO ORDERED.

Dated: August 10, 2023
       New York, New York

                                                ARUN SUBRAMANIAN
                                                United States District Judge