UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE PINKFONG COMPANY, INC., <br><br> Plaintiff, <br><br> -against- <br><br> ADS-SS, et al., <br><br> Defendants. | 23-CV-3793 (AS) <br><br> ORDER |

ARUN SUBRAMANIAN, United States District Judge:

The conference schedule for November 6, 2023 at 12 PM is rescheduled to **November 8, 2023 at 2:15 PM**. The conference will be held via Microsoft Teams. The parties should dial in by calling (646) 453-4442 and entering the Phone Conference ID: 420 012 510, followed by the pound (#) sign. Plaintiff is ORDERED to serve Defendants with a copy of this Order and to file proof of such service on the docket.

SO ORDERED.

Dated: October 25, 2023
       New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge