UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Pinkfong Company, Inc.,<br><br>       Plaintiff,<br><br>  -against-<br><br>ADS-SS et al.,<br><br>       Defendants. | 23-CV-3793 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  This case was closed on November 8, 2023, Dkt. 47, and reopened on February 29, 2024 when the Court issued a turnover order. Dkt. 60. No party has raised any additional matter for resolution since then, and the Court has resolved the issue for which the case was reopened. The Clerk of Court is thus respectfully directed to close the case.

  SO ORDERED.

Dated: January 10, 2025
   New York, New York

                     ARUN SUBRAMANIAN
                     United States District Judge